IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAYMOND S. TOLSON IV, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFF, § § § § § V. § § NATIONAL SPORTS SERVICES, INC. § AND CONCORDIA MEDIA SERVICES, § DEFENDANTS. § | CAUSE NO. 1:14-CV-442-LY |

## ORDER

Before the court in the above-styled and numbered cause are Plaintiff's Motion for Class Certification and to Stay Briefing Pending Completion of Discovery filed August 1, 2014 (Clerk's Doc. No. 18) and Defendants' Motion to Stay Briefing on Plaintiff's Motion for Class Certification filed August 8, 2014 (Clerk's Doc. No. 21). Following a conference call on September 10, 2014, the parties submitted a joint proposed scheduling order with agreed briefing deadlines. The court rendered that scheduling order on September 16, 2014. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Class Certification and to Stay Briefing Pending Completion of Discovery (Clerk's Doc. No. 18) and Defendants' Motion to Stay Briefing on Plaintiff's Motion for Class Certification (Clerk's Doc. No. 21) are **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 26th day of September, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE