IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **RAYMOND S. TOLSON IV**, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>**NATIONAL SPORTS SERVICES, INC.**, and **CONCORDIA MEDIA SERVICES**,<br><br>　　　　Defendants | Case No. 1:14-cv-00442-LY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Raymond S. Tolson IV and Defendants National Sports Services, Inc. and Concordia Media Services, by and through their respective counsel of record, hereby stipulate as follows:

1) The above-captioned action is hereby dismissed in its entirety with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

2) Each party shall bear its own costs, expenses, and attorneys' fees related to this action.

Respectfully submitted,

DATED: May 15, 2015                    **KRONENBERGER ROSENFELD, LLP**


　　　　　　　　　　　　　　　　　　　　　　/s/ Karl Kronenberger
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Karl Kronenberger

　　　　　　　　　　　　　　　　　　　　Counsel for Defendants National Sports
　　　　　　　　　　　　　　　　　　　　Services and Concordia Media Services

---

Case No.  1:14-cv-00442-LY　　　　　　　1　　　　STIPULATION OF DISMISSAL

DATED: May 15, 2015          **HUGHES ELLZEY, LLP**

/s/ W. Craft Hughes
_____
W. Craft Hughes

Counsel for Plaintiff Raymond S. Tolson IV

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 15th day of May, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jarrett Lee Ellzey
W. Craft Hughes
Hughes Ellzey, LLP
2700 Post Oak Blvd., Suite 1120
Galleria Tower I
Houston, TX 77056
jarrett@hughesellzey.com
craft@hughesellzey.com


                     s/ Karl S. Kronenberger
                       Karl S. Kronenberger