IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 MAY 18 AM 8:04
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| RAYMOND S. TOLSON IV, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFF, § § § § § | |
| V. § § | CAUSE NO. 1:14-CV-442-LY |
| NATIONAL SPORTS SERVICES, INC. AND CONCORDIA MEDIA SERVICES, DEFENDANTS. § § § § | |

## FINAL JUDGMENT

Before the court in the above-styled and numbered cause is the parties' Stipulation of Dismissal with Prejudice filed May 15, 2015 (Clerk's Doc. No. 29), dismissing with prejudice all claims in this action. The court has reviewed the stipulation, and pursuant to Federal Rules of Civil Procedure 41(a) and 58,

**IT IS HEREBY ORDERED** that the above-numbered cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties bear their own costs of court and attorney's fees.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this 15th day of May, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE